UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PAUL COPPOCK,

    Plaintiff,

    v.

LES ZIEVE, et al.,

    Defendants.

_____/

No. C 11-2268 PJH

**ORDER REMANDING CASE**

Plaintiff Paul Coppock filed the above-entitled action in the Superior Court of California, County of Alameda, on April 5, 2011. On May 9, 2011, plaintiff filed a notice of removal, purporting to remove the case to this court.

Under 28 U.S.C. § 1441, "[a]ny civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or defendants, to the district court of the United States for the district and division embracing the place where such action is pending." 28 U.S.C. § 1441(a). There is no provision in the federal rules for a plaintiff to file a case in state court and then remove it to federal district court.

As removal was improper, the action is hereby REMANDED to the Alameda County Superior Court. Plaintiff's request for leave to proceed in forma pauperis is DENIED as moot.

**IT IS SO ORDERED.**

Dated: May 10, 2011

_____
PHYLLIS J. HAMILTON
United States District Judge